

Dennis I. Wilenchik, #005350
Jordan C. Wolff, #034110
admin@wb-law.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| eUnify, Inc., and Steven Serra,<br><br>　　　　　　Plaintiffs,<br>　　　vs.<br>Anthony M. Serra, CPA, Inc.,<br><br>　　　　　　Defendant. | Case No.: CV-22-00810-PHX-DLR<br><br>**NOTICE OF DISMISSAL**<br><br>(Assigned to the Hon. Douglas Reyes) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs eUnify Inc. and Steven Serra voluntarily dismiss Defendant Lisa Griesmer, executrix of the Estate of Anthony M. Serra. No party has filed an answer or a motion for summary judgment in this matter.

**RESPECTFULLY SUBMITTED** this 22nd day of June 2022.

　　　　　　　　　　　　　　**WILENCHIK & BARTNESS, P.C.**

　　　　　　　　　　　　　　By　　/s/ *Dennis I. Wilenchick*
　　　　　　　　　　　　　　　　Dennis I. Wilenchik, Esq.
　　　　　　　　　　　　　　　　Jordan C. Wolff, Esq.
　　　　　　　　　　　　　　　　The Wilenchik & Bartness Building
　　　　　　　　　　　　　　　　2810 North Third Street
　　　　　　　　　　　　　　　　Phoenix, Arizona 85004
　　　　　　　　　　　　　　　　admin@wb-law.com
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*